# JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MICHAEL ROWE, an individual,<br><br>    Plaintiff,<br><br>  vs.<br><br>FCA US LLC; MCPEEK'S DODGE OF ANAHEIM; and DOES 1 through 50, inclusive,<br><br>    Defendants. | Case No.: 8:21-cv-01295-JLS-ADS<br><br>**ORDER TO REMAND MATTER TO ORANGE COUNTY SUPERIOR COURT** |

**ORDER TO REMAND MATTER TO ORANGE COUNTY SUPERIOR COURT**

**ORDER**

HAVING CONSIDERED THE PARTIES' JOINT STIPULATION TO REMAND MATTER TO ORANGE COUNTY SUPERIOR COURT, the Court ORDERS:

This matter is hereby remanded to the Superior Court of the State of California, for the County of Orange, Case Number 30-02021-01207508-CU-BC-CJC

IT IS SO ORDERED.

**DATED: September 03, 2021**

HON. JOSEPHINE L. STATON
UNITED STATES DISTRICT COURT JUDGE

**ORDER TO REMAND MATTER TO
ORANGE COUNTY SUPERIOR COURT**